**Order entered July 9, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00626-CV

### ABEL TINOCO, Appellant

### V.

### DEUTSCHE BANK NATIONAL TRUST COMPANY,
### AS TRUSTEE FOR AMERIQUEST MORTGAGE SECURITIES, INC.,
### ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-R5, Appellee

**On Appeal from the County Court at Law No. 1
Dallas County, Texas
Trial Court Cause No. CC-12-06315-A**

## ORDER

This Court has dismissed this appeal for want of prosecution. Accordingly, we **DENY** as

moot appellant's May 13, 2013 expedited motion for leave to file a notice of appeal.

/s/       MICHAEL J. O'NEILL
             JUSTICE